**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

June 27, 2013

Douglas E. Cressler
Chief Deputy Clerk

Mr. Eric Baxter
Mr. Stuart Kyle Duncan
Mr. Luke William Goodrich
Ms. Adele Auxier Keim
Mr. Mark Rienzi
Ms. Lori Halstead Windham
The Becket Fund for Religious Liberty
3000 K Street, NW
Suite 220
Washington, DC 20007

Mr. Derek Brandon Ensminger
Mr. Charles E. Geister III
Hartzog Conger Cason & Neville
201 Robert S. Kerr Avenue
Suite 1600
Oklahoma City, OK 73102

**RE:     12-6294, Hobby Lobby Stores, et al v. Sebelius, et al**
         Dist/Ag docket: 5:12-CV-01000-HE

Dear Counsel:

Enclosed is a copy of the opinion of the court issued today in this matter. The court has entered judgment on the docket pursuant to Fed. R. App. P. Rule 36.

Please contact this office if you have questions.

Sincerely,

*Elisabeth A. Shumaker*

Elisabeth A. Shumaker
Clerk of the Court

cc:  Brigitte Amiri
Michelle Renee Bennett
Lisa Schiavo Blatt
Dorinda Bordlee
Stephen Robert Clark
Kimberlee Wood Colby
Michael R. Connelly
Charles E. Davidow
Deborah Jane Dewart
Steven W. Fitschen
Noel Francisco
Scott W. Gaylord
Cece Heil
Brady Ross Henderson
Ayesha N. Khan
Ryan Kiesel
Alisa Beth Klein
Andrew W. Lester
Gregory M Lipper
Daniel Mach
Francis J. Manion
Frank D. Mylar Jr.
Nikolas T. Nikas
Michele L. Pahmer
Martha Jane Perkins
B. Robert Piller
E. Scott Pruitt
Charles Stephen Rogers
Stuart J. Roth
D. John Sauer
Bruce Harvey Schneider
Jay Sekulow
Jordan Sekulow
Catherine W. Short
Mailee R. Smith
Mark B. Stern
Geoffrey R. Surtees

Angela C. Thompson
Carrie Lynn Vaughn
Edward Lawrence White
Mitchell Williams
Patrick Wyrick
Erik Zimmerman


EAS/bv